**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
_____ :
CHRISTOPHER DAVIS,                    :    CIVIL ACTION
                    Plaintiff,        :
                                      :
        vs.                           :    NO. 09-0739
                                      :
STEPHEN B. MALITZKI, JR.,             :
Individually and in his Official      :
Capacity as a Detective in the        :
Bethlehem Township Police             :
Department, BETHLEHEM TOWNSHIP        :
and JOHN DOES 1-10,                   :
                    Defendants.       :
_____ :
```

**ORDER**

AND NOW, this 16th day of March, 2010, upon consideration of the Motion for Summary Judgment and the Response thereto, and for the reasons outlined in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED in part and DENIED in part.

IT IS ORDERED that the Motion is GRANTED as to Counts III, IV and V of Plaintiff's Third Amended Complaint and as to Defendants Bethlehem Township and John Does 1 through 10 and Defendant Stephen B. Malitzky, Jr. in his *official* capacity.

IT IS ORDERED that the Motion is DENIED as to Counts I (Malicious Prosecution) and II (Selective Prosecution) of Plaintiff's Third Amended Complaint.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge